| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | IAN K. BOYD (SBN 191434) |
| 2 | Email: iboyd@harveysiskind.com |
| 3 | DONALD A. THOMPSON (SBN 260076) |
| | Email: dthompson@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California 94111 |
| 5 | Telephone: (415) 354-0100 |
| 6 | Facsimile: (415) 391-7124 |
| 7 | |
| | Attorneys for Defendants |
| 8 | ROCKSTAR, INC. and |
| 9 | ROCKSTAR BEVERAGE CORPORATION |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUZANNE ALAEI, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-02959-JAH-BGS |
| Plaintiff | **DEFENDANTS ROCKSTAR, INC.'S AND ROCKSTAR BEVERAGE CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS AND/OR STRIKE THE FIRST AMENDED COMPLAINT** |
| vs. | |
| ROCKSTAR, INC. and ROCKSTAR BEVERAGE CORPORATION, | |
| Defendants | Hearing Date: Monday, May 9, 2016 |
| | Time: 2:30 p.m. |
| | Courtroom: 13B |
| | Judge: Hon. John A. Houston |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on May 9, 2016, at 2:30 p.m., or as soon |

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on May 9, 2016, at 2:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 333 West Broadway, San Diego, California, in Courtroom 13B, Defendants Rockstar, Inc. and Rockstar Beverage Corporation will and hereby do move to dismiss and/or strike the entire First Amended Complaint in the above-captioned action under Federal Rules of Civil Procedure 12(b)(6) and 12(f), as well as Civil Local Rule 7.1.  Defendants' motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and any further evidence or argument that the Court may properly receive.

Dated:  March 21, 2016

Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
DONALD A. THOMPSON

By: \_\_\_\_s/ Ian K. Boyd_____

Attorneys for Defendants
ROCKSTAR, INC. and
ROCKSTAR BEVERAGE
CORPORATION